# MAGISTRATE JUDGE CRIMINAL MINUTES

UNITED STATES OF AMERICA v. __KRISTEN PETTERSEN MORRISON__

CRIMINAL CASE NO. __3:16-00237__ RECORDING: __06dec2016__

GOVERNMENT ATTORNEY: __HENRY LEVENTIS__

DEFENDANT'S ATTORNEY: __CARYLL ALPERT__ David Baker for

PROBATION/PRETRIAL SERVICES OFFICER: __KIM HANEY__

INTERPRETER: _____ LANGUAGE: _____

INITIAL HEARING HELD __12/6/16__ Defendant Arrested/Summons: __12/6/16__

Defendant has a copy of and was advised of contents of:
- ____ Complaint    __X__ Indictment    ____ Other
- ____ Information    ____ Supervised/Pretrial Release Petition

- __X__ Defendant advised of constitutional rights
- ____ Defendant advised of right to preliminary hearing
- ____ Defendant advised of right to revocation hearing
- __X__ Financial Affidavit filed
- __X__ Federal Public Defender Appointed
- ____ Government filed Motion for Detention
- ____ Defendant temporarily detained pending a hearing
- ____ Defendant is in State/Federal custody
- ____ Defendant appeared on summons and is free to leave pending revocation hearing
- __X__ Defendant released on __12/6/16__ Bond/Conditions of Release

PRELIMINARY/IDENTITY HEARING HELD: _____ WAIVED: _____
  Defendant: ____ Bound Over    ____ Discharged
  ____ Held to Answer in District of Prosecution
  ____ Held for Revocation Hearing

DETENTION HEARING HELD: _____ WAIVE & RESERVE RIGHT _____
  Bond set at: _____    Released on: _____
  Defendant detained until trial/revocation hearing, order to enter: _____

GRAND JURY WAIVED IN OPEN COURT: _____

ARRAIGNMENT HELD: __12/6/16__    WAIVED: _____
  Defendant acknowledges he/she has a copy of Indictment/Information: __X__
  Waives reading thereof: __X__    PLEA: GUILTY    **NOT GUILTY**
Intends to plead guilty and referred to District Judge: _____
**Defendant consented to trial before Magistrate Judge:** _____

ARRAIGNMENT/PRELIMINARY/DETENTION HEARING CONTINUED TO: _____

PROCEEDINGS BEFORE MAGISTRATE JUDGE:    BROWN    NEWBERN    HOLMES    **FRENSLEY**

TIME: __20__ minute(s)