**Motion GRANTED** conditioned upon the timely filing of a waiver of speedy trial.

*/s/ Aleta A. Trauger*

# UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| ) | |
| ) | CASE NO. 3:16-00237 |
| v. ) | JUDGE TRAUGER |
| ) | |
| ) | |
| KRISTEN PETTERSEN MORRISON ) | |

## MOTION TO CONTINUE FEBRUARY 14 TRIAL
## AND EXTEND TIME FOR FILING PRETRIAL MOTIONS

Through counsel, defendant Kristen Morrison moves to continue her February 14, 2017, trial, and to extend the time for filing pretrial motions until two weeks prior to any new trial date. Ms. Morrison is released on bond pending resolution of this matter.

In support of this motion, defense counsel would show the following: Defense counsel has received the discovery in this matter, but needs additional time to review the discovery with Ms. Morrison, to investigate this matter based upon the discovery review, and to analyze the legal options available to Ms. Morrison. For these reasons, counsel moves to continue the February 14 trial and to extend the time for filing pretrial motions until two weeks prior to trial.

Counsel has conferred with Ms. Morrison, who concurs in the request for a continuance. Ms. Morrison has received, and will be filing, an acknowledgement and waiver of speedy trial rights.

Assistant United States Attorney Henry Leventis advises that the government does not oppose the requested continuance.