UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>)<br>)<br>v. )<br>)<br>)<br>KRISTEN PETTERSEN MORRISON ) | CASE NO. 3:16-00237<br>JUDGE TRAUGER |

MOTION FOR LEAVE TO FILE DOCUMENT UNDER SEAL

Through counsel, defendant Kristen Morrison requests that the Court allow her to file, under seal, the attached document filed herewith for consideration at her July 20 sentencing hearing.

In support of this motion, Ms. Morrison would show the following: the "Administrative Practices and Procedures for Electronic Case Filing (ECF)" requires parties to file a motion seeking leave of court prior to filing any documents electronically under seal. In this case, the attached document contains medical and other confidential information, and defense counsel therefore requests that the document be placed under seal. Confidential copies have been provided to the probation office and the government.

Respectfully submitted,

s/ *Caryll S. Alpert*
CARYLL S. ALPERT (BPR # 017021)
Assistant Federal Public Defender
810 Broadway, Suite 200
Nashville, Tennessee 37203
615-736-5047
Attorney for Kristen Pettersen Morrison

## CERTIFICATE OF SERVICE

I hereby certify that on July 16, 2018, I electronically filed the foregoing Motion for leave to file under seal with the clerk of the court by using the CM/ECF system, which will send a Notice of Electronic Filing to the following: John Webb, Assistant United States Attorney, 110 Ninth Avenue South, Suite A-961, Nashville, Tennessee 37203.

s/ *Caryll S. Alpert*
CARYLL S. ALPERT