Motion GRANTED.

UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| ) | CASE NO. 3:16-00237 |
| ) | JUDGE TRAUGER |
| v. ) | |
| ) | |
| ) | |
| KRISTEN PETTERSEN MORRISON ) | |

MOTION FOR LEAVE TO FILE DOCUMENT UNDER SEAL

Through counsel, defendant Kristen Morrison requests that the Court allow her to file, under seal, the attached document filed herewith for consideration at her July 20 sentencing hearing.

In support of this motion, Ms. Morrison would show the following: the "Administrative Practices and Procedures for Electronic Case Filing (ECF)" requires parties to file a motion seeking leave of court prior to filing any documents electronically under seal. In this case, the attached document contains medical and other confidential information, and defense counsel therefore requests that the document be placed under seal. Confidential copies have been provided to the probation office and the government.