IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| ) | |
| v. ) | Criminal No. 3:16-cr-237 |
| ) | Judge Trauger |
| KRISTEN PETTERSEN MORRISON ) | |
| ) | |

## ORDER

The defendant has filed a Motion to Postpone November 26 Self-Surrender Date (Docket No. 71). The government has informed the court that it does not oppose an extension until December 10, 2018 only. The motion is GRANTED IN PART, in that the defendant may have an extension of her self-report date to December 10, 2018. However, if she has not been able to secure appropriate treatment for her present health situation, any additional motion for extension shall be filed by at least December 6, 2018 and must be supported by authenticated medical information.

It is so **ORDERED**.

ENTER this 26th day of November 2018.

_____
ALETA A. TRAUGER
U.S. District Judge