Motion GRANTED.

UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | |
| | ) | CASE NO. 3:16-00237 |
| | ) | JUDGE TRAUGER |
| v. | ) | |
| | ) | |
| | ) | |
| KRISTEN PETTERSEN MORRISON | ) | |

## MOTION FOR LEAVE TO FILE DOCUMENT UNDER SEAL

Through counsel, defendant Kristen Morrison requests that the Court allow her to file, under seal, a motion to postpone her Monday, November 26, 2018 self-surrender date.

In support of this motion, Ms. Morrison would show the following: the "Administrative Practices and Procedures for Electronic Case Filing (ECF)" requires parties to file a motion seeking leave of court prior to filing any documents electronically under seal. In this case, the attached motion contains personal medical information, and defense counsel therefore requests that it be placed under seal. Copies have been provided to the government.